**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| MARIA PETER, MICHAEL PETER, | § | |
| JULIKA BERGER, & JAROLIN | § | |
| BERGER, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CASE NO. 6:22-CV-00019-JDK-KNM |
| | § | |
| SUSAN WOJCICKI, WILLIAM HENRY | § | |
| GATES, STEPHANE BANCEL, AND | | |
| ALBERT BOURLA, | | |
| | | |
| *Defendants*. | | |

**REPORT & RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

Plaintiffs, proceeding *pro se,* initiated this lawsuit on January 19, 2022.[1] Plaintiff Maria Peter subsequently filed a motion to proceed *in forma pauperis*, apparently on behalf of all named plaintiffs.[2] On January 21, 2022, the undersigned denied the motion, and issued an order instructing Plaintiffs to pay the full filing fee within 30 days.[3] The Court sent the Show Cause Order via certified mail, return receipt requested to Plaintiffs at their last known addresses. The Order mailed to Plaintiffs Julika and Jarolin Berger was returned to the Court by the U.S.P.S. with the notation "Insufficient Address." Doc. Nos. 4 & 5. Likewise, the Order mailed to Plaintiffs Maria Peter and Michael Peter at their last known address, has yet to be successfully delivered.[4]

---

[1] Compl., Doc. No. 1.
[2] *See* Mot., Doc. No. 2.
[3] Ord., Doc. No. 3 at 2.
[4] *See* Docket "Order 3 mailed certified, return receipt to Michael Peter (tracking number 7020 1810 0000 1090 8210), Maria Peter (tracking number 7020 1810 0000 1090 8203)."

The Court cannot efficiently proceed with the lawsuit without the ability to contact Plaintiffs. As the party pursuing this lawsuit, Plaintiffs have a responsibility to maintain correct address information with the Clerk of Court.

Accordingly, the complaint should be dismissed for failure to prosecute pursuant to FED. R. CIV. P. 41(b).

## RECOMMENDATION

It is **RECOMMENDED** that the complaint be dismissed without prejudice for failure to prosecute pursuant to FED. R. CIV. P. 41(b).

Within fourteen days after receipt of the Magistrate Judge's report, any party may serve and file written objections to the findings and recommendations of the Magistrate Judge. 28 U.S.C. § 636(b). A party's failure to file written objections to the findings, conclusions, and recommendations contained in this Report within fourteen days after service shall bar that party from de novo review by the District Judge of those findings, conclusions, and recommendations, and except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Auto. Assn.,* 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

So ORDERED and SIGNED this 5th day of August, 2022.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE